**ORIGINAL**

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2017 JAN -9 PM 3: 34

DEPUTY CLERK ᛚ

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 3:16-CR-00516-D |
| KELLY WADE LOTER (07) | (Supersedes Indictment returned on November 16, 2016) |

### SUPERSEDING INFORMATION

The United States Attorney charges:

#### Count One
#### Misprision of a Felony
#### [Violation of 18 U.S.C. § 4]

Beginning sometime in 2008 and continuing through January 2013, the exact dates being unknown, in the Dallas Division of the Northern District of Texas, the defendant, **Kelly Loter**, having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit, Conspiracy to Pay and Receive Health Care Bribes and Kickbacks, in violation of 18 U.S.C. § 371, did conceal the same by accepting bribe and kickback payments from Unique Healthcare and Adelaide Business Solutions on behalf of multiple doctors, knowing that those entities were controlled by codefendant Alan Beauchamp and that their purpose was to make it appear as if Forest Park Medical Center was not paying doctors for their patients, and did not as soon as possible make known the federal crime of Conspiracy to Pay and Receive Health Care Bribes and Kickbacks to some judge or other person in civil or military authority under the United States.

All in violation of 18 U.S.C. § 4.

JOHN R. PARKER
UNITED STATES ATTORNEY

_____
ANDREW O. WIRMANI
Assistant United States Attorney
Texas Bar No. 24052287
1100 Commerce Street, Third Floor
Dallas, Texas  75242-1699
Tel:  214.659.8600
Fax: 214.659.8809